# Court of Appeals
# of the State of Georgia

ATLANTA, March 25, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0167. SERTICCHIO v. GADBOIS.

Antony Paul Serticchio has filed an emergency motion in this court. He asks that we order the clerk of the Superior Court of Columbia County to transmit to this court for docketing his direct appeal from the consent final order entered in his action for legitimation and custody. He seems to assert that, in spite of his filing an affidavit of indigency, the superior court clerk refuses to transmit the appeal because he has not paid the bill of costs.

From the limited materials before us, it appears that Serticchio is entitled to relief. See OCGA § 9-15-2. Accordingly, his emergency motion is hereby **GRANTED**. The clerk of the Superior Court of Columbia County is directed to transmit to this court for docketing Serticchio's direct appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/25/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*